**Order entered August 19, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00264-CV

## IN THE INTEREST OF M.C. AND J.C., CHILDREN

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-03756-U**

## ORDER

Before the Court is appellant's motion to recuse Justice Schenck. Justice Schenck voluntarily recuses himself from this appeal. Accordingly, the motion is **GRANTED**.

/s/    DAVID J. SCHENCK
JUSTICE